UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| TG POWER, LLC, | ) | |
| Plaintiff, | ) ) ) | 3:07-cv-00552-LRH-VPC |
| v. | ) ) | O R D E R |
| BLACK GOLD EQUIPMENT & LEASING, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#27[1]) entered on July 27, 2010, recommending that this case be dismissed for plaintiff's failure to obtain counsel pursuant to this court's order dated April 15, 2009 (#26) and for want of prosecution pursuant to Local Rule 41-1.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#27) entered on July 27, 2010, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

1  (#27) entered on July 27, 2010, is adopted and accepted, and this case shall be dismissed without
2  prejudice for plaintiff's failure to obtain counsel pursuant to this court's order dated April 15, 2009
3  (#26) and for want of prosecution pursuant to Local Rule 41-1.
4      IT IS SO ORDERED.
5      DATED this 30th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2